# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 3:08-CR-119 JCM (RAM) |
|---|---|
| Plaintiff, | |
| v. | |
| DAVID OVERVOLD, et al., | |
| Defendants. | |

# ORDER

Presently before the court is the government's motion to dismiss. (Doc. #184). Any opposition was due July 9, 2011. To date, the defendant has not filed an opposition.

The government asserts in its motion (doc. #184), that defendant David Overvold "voluntarily entered into a period of pre-trial diversion pursuant to a written agreement," and that he has "complied with all the terms of supervision...and has successfully completed the program." Therefore, the government asks this court to dismiss the indictment against defendant Overvold. Attached to the motion (doc. #184 Exhibit 1), is a letter from pretrial services asserting that defendant Overvold complied with the conditions, and recommending that he be terminated from the program.

Good cause appearing,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the government's motion to dismiss (doc. #184) be, and the same hereby is, GRANTED.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1     IT IS THEREFORE ORDERED that the indictment against defendant David Overvold (doc.
2  #1) be, and the same hereby is, DISMISSED.
3     DATED this 14th day of July, 2011.

　
_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -